CENTRAL OF GEORGIA RAILWAY COMPANY *v.* CITY OF ALBANY
*et al.*, and *vice versa.*

FISH, C. J.    The evidence as to the controlling issues in the case being in conflict, there was no abuse of discretion in refusing to grant an interlocutory injunction.    The judgment on the main bill of exceptions is therefore
*Affirmed.    Cross-bill of exceptions dismissed.    All the Justices concur.*

Argued November 6, 1908.—Decided August 10, 1909

Petition for injunction.    Before Judge Spence.    Dougherty superior court.    June 26, 1908.

*Wooten & Hofmayer*, for plaintiff.
*James Tift Mann* and *Jesse W. Walters & Sons*, for defendants.